IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN WEBB,

      Appellant,

 v.

                                    Case No.  5D21-1514
                                    LT Case No. 2018-00153-CF

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 10, 2022

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Paula C. Coffman and Jeffrey D. Deen,
of Office of Criminal Conflict & Civil
Regional Counsel, Orlando, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.


SASSO, J.

In this *Anders*[1] appeal, we affirm Appellant's judgment and sentence but remand for correction of two errors. We remand for the trial court to correct a scrivener's error in the written sentence to reflect a conviction for "attempted first degree murder with a weapon" rather than "attempted first degree murder with a firearm." In addition, and consistent with the trial court's November 16, 2021 order, we remand with instructions for the trial court to enter an amended costs order striking the $100 cost of investigation.

AFFIRMED; REMANDED WITH INSTRUCTIONS.

WALLIS and TRAVER, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).